UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

NOV -3 / 11: 32

U.S. DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| DENNIS STEBBINS,<br>Plaintiff, | :<br>:<br>: |
| v. | : C.A. NO. 03-30206 MAP |
| HOME STAR MORTGAGE<br>SERVICES, LLC,<br>Defendant. | :<br>:<br>:<br>: |

### STIPULATION

By agreement of the parties, it is STIPULATED that Defendant Home Star Mortgage Services, LLC, have through and including December 14, 2004, to move, answer, or otherwise respond to the Complaint in this matter.

_____ 10/29/04
Christopher M. Lefebvre (BOB #629056)
LAW OFFICE OF CLAUDE LEFEBVRE
& SONS
P.O. Box 479
Pawtucket, RI 02862
Telephone: (401) 728-6060
Facsimile: (401) 728-6534
Attorney for Plaintiffs

_____
Patricia A. Sullivan (BOB# 545376)
Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 276-6437
Telephone: (401) 276-6611
Attorneys for Defendant

Dated: 11/1/04