UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS STEBBINS,
    Plaintiff,

v.

HOME STAR MORTGAGE
SERVICES, LLC,
    Defendant.

C.A. NO. 04-30206 MAP

## STIPULATION

By agreement of the parties, it is STIPULATED that Defendant Home Star Mortgage Services, LLC, have through and including December 13, 2004, to move, answer, or otherwise respond to the Complaint in this matter.

*/s/ Christopher M. Lefebvre /JMA*
Christopher M. Lefebvre (BOB #629056)
LAW OFFICE OF CLAUDE LEFEBVRE
& SONS
P.O. Box 479
Pawtucket, RI 02862
Telephone: (401) 728-6060
Facsimile: (401) 728-6534
Attorney for Plaintiffs

*/s/ Jon M. Anderson*
Patricia A. Sullivan (BOB# 545376)
Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 276-6437
Telephone: (401) 276-6611
Attorneys for Defendant

Dated: 11/22/04

PRV_688467_1/JANDERSON