UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS P. STEBBINS,    :
   Plaintiff     :
          :  C.A. NO. 04-30206MAP
   v.       :
          :
HOME STAR MORTGAGE  :
SERVICES, LLC,     :
   Defendant.    :

FILING FEE PAID:
RECEIPT #_____ 6 0308
AMOUNT $_____ 50.00
BY DPTY CLK_____ CPG
DATE_____ 11/23/04

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN K. CROSSMAN FOR DEFENDANT

Pursuant to Local Rule 85.5.3, Jon M. Anderson, counsel for Defendant Home Star Mortgage Services, LLP ("Home Star") moves that the Court grant attorney John K. Crossman, New York, NY 10022, leave to practice in this Court for the purposes of this case. In support of this Motion, counsel for Defendant states:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the First Circuit Court of Appeals. I have filed my appearance in this action as attorney for Defendant Home Star Mortgage Services, LLC pursuant to Local Rule 83.5.2(a), by signing the Answers.

2. The certificate of John K. Crossman attesting that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts, is filed herewith.

WHEREFORE, Jon M. Anderson requests that this Court allow attorney John K. Crossman leave to appear in this action *pro hac vice* as counsel for Home Star Mortgages Services, LLC.

HOME STAR MORTGAGES
SERVICES, LLC

By its Attorneys,

Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401 274-9200

## CERTIFICATE OF SERVICE

I, certify that on this\9th\day of November, 2004, I served a copy of the foregoing document upon counsel for the defendant, by first class mail, postage prepaid.

Christopher M. Lefebvre, Esq.
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
2 Dexter Street
Pawtucket, RI 02860

Tara L. Goodwin, Esq.
Cathleen M. Combs, Esq.
Edelman & Combs
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

- 2 -