UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS STEBBINS, :
    Plaintiff, :
:
: C.A. NO. 04-30206 MAP
v. :
:
HOME STAR MORTGAGE :
SERVICES, LLC, :
    Defendant. :

## STIPULATION

By agreement of the parties, it is STIPULATED that Defendant Home Star Mortgage Services, LLC, has through and including February 4, 2005, to move, answer, or otherwise respond to the Complaint in this matter.

_____    _____
Christopher M. Lefebvre (BOB #629056)    Patricia A. Sullivan (BOB# 545376)
LAW OFFICE OF CLAUDE LEFEBVRE    Jon M. Anderson (BOB# 557962)
& SONS    EDWARDS & ANGELL, LLP
P.O. Box 479    2800 Financial Plaza
Pawtucket, RI 02862    Providence, RI 02903
Telephone: (401) 728-6060    Telephone: (401) 276-6437
Facsimile: (401) 728-6534    Telephone: (401) 276-6611
Attorney for Plaintiffs    Attorneys for Defendant

Dated: __1/16/05__