# Edwards &Angell LLP

Jon M. Anderson
401.276.6493
*fax* 401.276.6611
janderson@ealaw.com

February 3, 2005

Honorable Michael A. Ponsor
United States District Court for the District of Massachusetts
Western Section -- Springfield
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: **Dennis Stebbins. v. Home Star Mortgage Services, LLC**
**U.S.D.C. Mass. C.A. No. 04-30206 MAP**

Dear Judge Ponsor:

Defendant's response to the Complaint in the above-captioned matter is due on February 4, 2005. I write to inform the Court that the matter has been settled by the parties but that it will take another thirty (30) days to effectuate the settlement. The parties anticipate filing a stipulation of dismissal no later than March 4, 2005.

Thank you for your attention to this matter.

Very truly yours,

Jon M. Anderson

cc: John Crossman, Esq.
Christopher Lefebvre, Esq.